IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-80968-DMM

COMPREHENSIVE HEALTH CARE SYSTEMS
OF THE PALM BEACHES, INC.,

    Plaintiff,

v.

DSM SUPPLY, LLC, JOHN DOES 1-12,

    Defendants.
_____/

## DEFAULT FINAL JUDGMENT AS AGAINST DSM SUPPLY, LLC

Final Judgment is entered in favor of Plaintiff Comprehensive Health Care Systems of the Palm Beaches, Inc. and against Defendant DSM Supply, LLC, in the sum of $1,500.00, plus costs in the amount of $550.00, for which sum let execution issue forthwith.

Defendant DSM Supply, LLC shall complete and serve upon Plaintiff, Comprehensive Health Care Systems of the Palm Beaches, Inc., Form 1.977, including all required attachments, within 45 days of the entry of this Default Final Judgment, and the Court shall retain jurisdiction to compel Defendant to complete Form 1.977 and serve it on Plaintiff.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __19__ day of October, 2016.

                                    DONALD M. MIDDLEBROOKS
                                    UNITED STATES DISTRICT JUDGE

Copies Furnished To:

*All Counsel and Parties*