UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80968-CV-MIDDLEBROOKS

COMPREHENSIVE HEALTH CARE SYSTEMS
OF THE PALM BEACHES, INC.,

    Plaintiff,

v.

DSM SUPPLY, LLC, and JOHN DOES 1-12,

    Defendants.
_____/

## ORDER DISMISSING COMPLAINT AS TO JOHN DOES 1-12 AND CLOSING CASE

On October 13, 2016, the Court ordered Plaintiff to show cause by October 17, 2016 why the complaint should not be dismissed as to Defendants John Does 1-12 for failure to timely serve process pursuant to Fed. R. Civ. P. 4(m). (DE 26). Plaintiff did not respond to the Court's Order by the deadline. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

(1) Defendants John Does 1-12 are **DISMISSED without prejudice.**

(2) Pursuant to this Court's entry of Default Final Judgment against DSM Supply, LLC, the Clerk of Court shall **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 20 day of October, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record